UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E. BOYD, ) | Case No.: C 11-5018 PSG |
| ) | |
| Plaintiff, ) | **ORDER GRANTING-IN-PART PLAINTIFF'S** |
| v. ) | **MOTION FOR AN ORDER SHORTENING** |
| ) | **TIME FOR A HEARING ON PLAINTIFF'S** |
| GMAC MORTGAGE LLC; MORTGAGE ELECTRINIC ) | **MOTION FOR A TEMPORARY** |
| REGISTRATION SYSTEMS, INC., ) | **RESTRAINING ORDER OR PRELIMINARY** |
| ) | **INJUNCTION** |
| Defendants. ) | |

Before the court is Plaintiff Michael Boyd's ("Boyd") motion for an order shortening time for a hearing on Boyd's motion for a temporary restraining order or preliminary injunction. Body seeks to prevent the non-judicial foreclosure sale of his home, currently scheduled to take place on December 5, 2011. On November 8, 2011, Boyd filed the instant motion, concurrently with a second motion seeking the same relief but framed in the alternative.[1] The following day, Defendants GMAC Mortgage LLC and Mortgage Electronic Registration Systems, Inc. ("Defendants") filed their response.[2] Defendants concurrently filed a motion to dismiss, set for hearing on January 3, 2012.

---

[1] See Docket Nos. 13, 14.

[2] See Docket No. 19.

1

Case No.: 11-5018 PSG
ORDER

Due to the pending foreclosure sale of Boyd's property, the court finds good cause to consider Boyd's motion on shortened time. Having reviewed Boyd's moving papers and Defendants' response, the court also finds this motion to be appropriate for resolution without oral argument. Accordingly,

IT IS HEREBY ORDERED that Boyd may file his reply, if any, by Thursday, November 17, 2011 at 3:30 p.m. The court will take the matter under submission as of that time.

Dated: 11/10/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 11-5018 PSG
ORDER